

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

APR -1 2016

ARTHUR JOHNSTON
BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

C.S. CHRISTOPHER, Jr.                                                    PLAINTIFF

VS.                                    CIVIL ACTION NO.: 3:16-cv-236 CWR-FKB

CITY OF TUPELO, MISSISSIPPI;
ED NEELY, Individually and in his
Representative capacity of the City of Tupelo;
RICHARD HILL, individually and in his
representative capacity of the City of Tupelo            DEFENDANTS

---

### NOTICE OF REMOVAL

---

Under 28 U.S.C. §§1441 and 1446, Defendants file this Notice of Removal of the above-entitled action from the Circuit Court of Hinds County, Mississippi, First Judicial District, to the United States District Court for the Southern District of Mississippi, Northern Division, on the following grounds:

#### I.
#### BACKGROUND

1.      On February 10, 2016, the plaintiff, C.S. Christopher , Jr., filed a complaint in the Circuit Court of Hinds County, Mississippi, bearing cause number 16 – 101 on the docket of said court. A copy of the Complaint is attached hereto as Exhibit "A." The Complaint contains a cause of action (Count 4) alleging violations of the United States Constitution Amendments One and Fourteen.

2.      On March 3, 2016, Defendant City of Tupelo was served with a copy of the summons and Complaint. Defendants Ed Neely and Richard Hill were served with a copy of the summons and Complaint on and after March 6, 2016.

## II.
### FEDERAL QUESTION

3.      This Court has original subject matter jurisdiction over this cause pursuant to U.S.C. §1331 and §1343 as claims raised in the Complaint arise under federal law; in particular, the First and Fourteenth Amendments to the United States Constitution.

## III.
### PROCEDURAL ALLEGATIONS

4.      The Southern District of Mississippi, Northern Division, is the federal district and division that encompasses the Circuit Court of Hinds County, Mississippi.  *See* 28 U.S.C. §104(a)(1).  This Notice of Removal is filed within 30 days of Defendants having been served with the Complaint, and is therefore timely filed under 28 U.S.C. §1446.  Therefore, removal to this Court is proper under 28 U.S.C. §§1441(a) and (b) and 1446.

5.      Defendants have, herewith, given prompt written notice of the filing of this Notice of Removal to all adverse parties and filed a copy with the Circuit Clerk of the First Judicial District of Hinds County, Mississippi

6. The defendants and removing parties have not yet secured a complete copy of the filings before the Circuit Court of Hinds County in cause number 16-101 but have attached a copy of the documents served with the summons as Exhibit "B" hereto. The defendants will file a complete copy of the state court filings within 14 days of the filing of this Notice of Removal.

2

IV.

CONCLUSION AND PRAYER

WHEREFORE, the Defendants respectfully request this action be removed from the Circuit Court of Hinds County, Mississippi, First Judicial District, to the United States District Court for the Southern District of Mississippi, Northern Division.

THIS, the 31st day of March, 2016.

Respectfully submitted,

CLAYTON O'DONNELL, PLLC
1005 Jackson Avenue
P.O. Drawer 676
Oxford, MS 38655
Telephone: (662) 234-0900
Facsimile: (662) 234-3557

**DAVID D. O'DONNELL, MSB #3912**
*Attorney for All Defendants*

3

## CERTIFICATE OF SERVICE

I, David D. O'Donnell of Clayton O'Donnell, PLLC, do hereby certify that I have caused

this day to be mailed, via electronic mail, a true and correct copy of the above and foregoing **Notice**

**of Removal** to:

> Lynne Christopher, Esq.
> Christopher Law Firm, LLC
> P.O. Box 1762
> Tupelo, Ms. 38802
> Christopher.lynne@yahoo.com

THIS, the 31st day of March, 2016.

**DAVID D. O'DONNELL**

4